IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NASHID AKIL** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-2654** |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

**ORDER**

This 30th day of October, 2023, there being an error in the filing of Defendants' Motion to Dismiss docketed at ECF 18, it is hereby **ORDERED** that the Clerk shall terminate that incomplete filing. Defendants' Motion to Dismiss is properly pending at ECF 19.

                                              /s/ Gerald Austin McHugh
                                              United States District Judge