# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NASHID AKIL** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-2654 |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |

### ORDER

This 11th day of December, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 19) is **GRANTED**. All claims are **DISMISSED with prejudice**, with the exception of Plaintiff's procedural due process and 42 U.S.C. § 1981 claims, which are dismissed **without prejudice**. Plaintiff shall have 21 days from the date of this Order to amend his procedural due process and § 1981 claims, subject to the requirements and potential sanctions imposed by Rule 11 of the Federal Rules of Civil Procedure,

                                                          /s/ Gerald Austin McHugh
                                                      United States District Judge