# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASHID AKIL | : | |
| | : | CIVIL ACTION |
| v. | : | No. 23-2654 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

This 22nd day of March 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 25) is **GRANTED** as to Plaintiff's procedural due process claim and **DENIED** as to Plaintiff's claim under 42 U.S.C. § 1981.

/s/ Gerald Austin McHugh
United States District Judge